JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE JOHNSON, | ) CASE NO. CV 15-6611-VAP (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| NIEL MCDOWELL, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  September 10, 2015.

*(signature)*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\_194_CV15-06611VAP(PJW)-JOHNSON-Judgment.wpd